# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE L. BERNAL, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDEX GROUND PACKAGE SYSTEM INC, a Delaware corporation; and FLAT RATE TRUCK REPAIR, INC., a California Corporation and Does 1 through 500, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-1448-DDP(PLAx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of negotiated agreements by and among the parties, to the Dismissal With Prejudice of this entire action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: October 1, 2021    LEE, HAN & PACIOCCO LLP

By:    /s/ Keon H. Han
Keon H. Han
Ashton R. Watkins
*Attorneys for Plaintiffs*

DATED: October 1, 2021    FISHER & PHILLIPS LLP

By:    /s/ Shaun J. Voigt
SHAUN J. VOIGT
*Attorney for Defendant*
FEDEX GROUND PACKAGE SYSTEM, INC.

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: October 7, 2021

_____
HON. DEAN D. PREGERSON
DISTRICT JUDGE
UNITED STATES DISTRICT COURT